UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------- x
                                                  :
ANNETTE LANNING                                   :
on behalf of herself and                          :
similarly situated employees,                     :
                                                  :  Civil Action No. 2:18-cv-00247-AJS
               Plaintiff,                         :
                                                  :
        v.                                        :
                                                  :
PETCO ANIMAL SUPPLIES, INC.,                      :
                                                  :
               Defendant.                         :
                                                  :
------------------------------------------------- x
```

**Plaintiff's Unopposed Motion for Entry of the Approval Order**

And Now Comes Plaintiff Annette Lanning, through her undersigned counsel, and files this Unopposed Motion for Entry of the Approval Order in this matter.

The Parties have reached a settlement and have executed a Settlement Agreement (Exhibit 1). Therefore, Plaintiff requests entry of the proposed Approval Order attached hereto approving the Settlement Agreement and dismissing the civil action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The proposed Approval Order is also attached as Exhibit B to the Settlement Agreement executed by the Parties.

Wherefore, Plaintiff respectfully requests entry of the proposed Approval Order.

Dated:   November 21, 2018
         Pittsburgh, PA

                                   By:    /s/ Joseph H. Chivers
                                          Joseph H. Chivers, Esq.
                                          THE EMPLOYMENT RIGHTS GROUP LLC
                                          100 First Avenue, Suite 650
                                          Pittsburgh, PA  15222

2

Tel.: (412) 227-0763
jchivers@employmentrightsgroup.com

*Counsel for Plaintiff*
*and all others similarly situated*

Case 2:18-cv-00247-AJS   Document 63   Filed 11/21/18   Page 2 of 2

2